**IN RE SEAVOLT.**

**[Cite as *In re Seavolt*, 121 Ohio St.3d 269, 2009-Ohio-1061.]**

*Judgment of the court of appeals affirmed.*

(No. 2007-1258 — Submitted January 21, 2009 — Decided March 17, 2009.)

APPEAL from the Court of Appeals for Morrow County,

Nos. 2006-CA-0010 and 2006-CA-0011, 2007-Ohio-2812.

_____

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *State v. D.H.*, 120 Ohio St.3d 540, 2009-Ohio-9, 901 N.E.2d 209.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Timothy Young, Ohio Public Defender, and Molly J. Bruns, Assistant State Public Defender, for appellant, Tracy Seavolt.

_____